**FILED**
**NOV - 1 2016**
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case: 1:13-cr-00303 |
| : | Assigned To : Huvelle, Ellen S. |
| v. : | Assign. Date : 11/01/2016 |
| : | Description: SUPERSEDING INDICTMENT (B) |
| MAHDI KEIVAN BAHARI, : | Case Related to: 13-cr-303 (ESH) |
| AKA MEHDI KEIVAN, : | |
| AKA M. AZIZ, : | |
| AKA AZIZ BAHARI, : | |
| MAHSA KEIVAN BAHARI, : | |
| AKA KATRINA SMITCH, : | |
| AKA KATRINA SMICH, : | |
| AKA KATRINA S.A., : | |
| : | |
| BLUE LINES COMPANY, : | |
| d/b/a MKB PACIFIC AIR SDN BHD, : | |
| d/b/a AJMAL AVIATION, : | |
| : | |
| Defendants. : | |

## ORDER TO SEAL

Having considered the Government's Motion to Seal Indictment, Supporting Paperwork, and Arrest Warrant in the above-captioned case, and for good cause stated therein, the Court makes the following:

## FINDINGS OF FACT

1.  Fed. R. Cr. P. 6(e)(4) permits the sealing of an indictment for any legitimate prosecutorial reason.

2.  Sealing the Indictment (the "Indictment"), any supporting documents and docket entries, and the Arrest Warrants in the above-captioned matter will further the legitimate

prosecutorial interest in prosecuting defendants Mahdi Keivan Bahari, Mahsa Keivan Bahari, and Blue Lines Company (the "defendants").

3. The public docketing at this time of the Indictment, any supporting documents and docket entries, the Arrest Warrants, the Government's Motion to Seal, and this Order, could compromise the government's ability effectively to obtain custody of the defendants, any coconspirators, and avoid the destruction of potential evidence.

4. Accordingly, under Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the Indictment, any supporting documents and docket entries, the Arrest Warrants, the Government's Motion to Seal, and any Order to Seal.

Based on the foregoing Findings of Fact, the Motion is hereby

GRANTED, and it is hereby

ORDERED, that the Clerk of the Court seal in this matter, the Indictment, any supporting documents and docket entries, and the Arrest Warrants, except that the United States Government may disclose the existence and/or contents of the Indictment, any supporting documents and docket entries, and the Arrest Warrants in the above-captioned matter to appropriate law enforcement or other personnel, both in the United States and internationally, to the extent that such disclosure is in furtherance of efforts to obtain custody of or to detain the defendants.

It is FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Indictment, and any supporting documents or docket entries, the Arrest

Warrants, the filing of the Government's Motion to Seal, and the Order granting such motion, until further order of the Court.

It is FURTHER ORDERED that the Government's Motion to Seal and this Order be sealed until further order of the Court.

It is FURTHER ORDERED that the Indictment, any supporting documents and docket entries, the Arrest Warrants, and this Order shall be unsealed upon oral motion of the Government to this Court or to any Court where any defendant is first presented.

It is FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Indictment, any supporting documents and docket entries, the Arrest Warrants, and this Order upon request.

Date: 11/1/16

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

cc: Frederick Yette
Assistant United States Attorney
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Room 11-443
Washington, D.C. 20530