UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>MAHDI KEIVAN BAHARI,<br>    aka Mehdi Keivan,<br>    aka M. Aziz,<br>    aka Aziz Bahari,<br><br>MAHSA KEIVAN BAHARI,<br>    aka Katrina Smitch,<br>    aka Katrina Smich,<br>    aka Katrina S.A.,<br><br>BLUE LINES COMPANY,<br>    d/b/a MKB Pacific Air SDN BHD<br>    d/b/a Ajmal Aviation,<br><br>    Defendants. | Crim. No. 13-303 (ESH) |

## ORDER

Upon consideration of the government's motion to unseal the Indictment and Arrest Warrants in the above-captioned case, and for good cause shown, it is hereby

**ORDERED**, that the motion is **GRANTED**; it is further

**ORDERED** that the case is **UNSEALED** for all purposes; and it is further

**ORDERED** that the Clerk's Office shall provide the government with three (3) certified copies of the superseding Indictment and each arrest warrant in this case.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   January 30, 2018